UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO TOWNSEND,<br><br>        Petitioner,<br><br>    v.<br><br>AUDREY KING,<br><br>        Respondent. | No. 2:15-cv-1878 KJN P<br><br>ORDER |

        Petitioner is housed in the Coalinga State Hospital, and is proceeding without counsel. This petition for writ of habeas corpus was dismissed on October 28, 2016. On June 1, 2018, petitioner filed a request that the court stop deducting filing fees from his inmate trust account, and then lists nine different cases, not all of which were assigned to the undersigned. First, no order to deduct filing fees was issued in this habeas case. Second, petitioner is advised that this court has no jurisdiction to issue orders in this closed case that addresses issues in his other. Third, if petitioner was assessed filings fees in civil rights actions brought under 42 U.S.C. § 1983, such fee assessment is required under 28 U.S.C. § 1915. District courts have no authority to refund court filing fees imposed by statute, particularly based on the outcome of a particular case.

        Plaintiff's request is denied without prejudice. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 13) is denied without prejudice.

Dated: June 21, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/town1878.158