UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO TOWNSEND, | No. 2:15-cv-1878 KJN P |
| Petitioner, | |
| v. | ORDER |
| AUDREY KING, | |
| Defendants. | |

Petitioner is a civil detainee, proceeding pro se and in forma pauperis. On January 22, 2019, petitioner wrote the undersigned a letter in which he claims he is under a court order to take psychiatric medication for a mental disorder petitioner claims he does not have. Petitioner also claims he is committed under the State of California's mentally disordered offenders' law, and is aware he should be dealing with the federal court in Fresno because he is housed in Fresno County. But petitioner alleges that a magistrate judge in Fresno is threatening to impose a "third strike conviction" if petitioner files any type of federal lawsuit anywhere again. Petitioner claims he is having a difficult time getting the court to accept his case. Petitioner asks the undersigned to let petitioner know if he has a case or not. (ECF No. 16 at 3.)

Petitioner is advised that the undersigned cannot provide legal advice. However, on September 2, 2014, in petitioner's federal civil rights case brought in Townsend v. Gill, No. 1:14-cv-0098 AWI GSA (E.D. Cal. Fresno), petitioner was informed that if he wished to challenge

1

court-ordered involuntary medication, his remedy may be to challenge the order in the court where the order requiring involuntary medication was issued.  Id. (ECF No. 6 at 3.)[1]

This petition for writ of habeas corpus was dismissed on October 28, 2016.  Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS SO ORDERED.

Dated:  March 5, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

town1878.158

---

[1] A court may take judicial notice of court records.  See, e.g., Bennett v. Medtronic, Inc., 285 F.3d 801, 803 n.2 (9th Cir. 2002) ("[W]e may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (internal quotation omitted).